ALEXANDER B. TRUEBLOOD (Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 943-0298
Facsimile: (310) 234-4023

Attorneys for Plaintiff
RON RUBIO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. RUBIO, <br><br> Plaintiff, <br><br> vs. <br><br> LVNV FUNDING, LLC, ERICA L. BRACHFELD, THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, ROBERT J. COLCLOUGH III, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 4:14-CV-05395 <br><br> **[PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** <br><br> Date: April 3, 2015 <br> Time: 9:00 a.m. <br> Courtroom; 5, Hon Jeffrey S. White |

1     Pursuant to the parties stipulation dated February 27, 2015, the Court hereby enters the following order:

    1. The hearing date on the motion to dismiss brought by defendants LVNV Funding, LLC and Robert Colclough is continued from April 3, 2015 to May 8, 2015, at 9:00 a.m. in Courtroom 5.

    2. All briefing deadlines are rescheduled to conform to the new hearing date.

Dated: February 27, 2015

*Jeffrey S. White*

HON. JEFFREY S. WHITE
United States District Court

PIA/1051443/10629536v.1

1