1 ALEXANDER B. TRUEBLOOD (Bar No. 150897)
TRUEBLOOD LAW FIRM
2 10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
3 Telephone: (310) 943-0298
Facsimile: (310) 234-4023
4
Attorneys for Plaintiff
5 RON RUBIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. RUBIO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LVNV FUNDING, LLC, ERICA L. BRACHFELD, THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, ROBERT J. COLCLOUGH III, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 4:14-CV-05395<br><br>**[PROPOSED] ORDER CONTINUING BRIEFING DATES ON DEFENDANTS' MOTION TO DISMISS**<br>AS MODIFIED<br><br>Date: May 8, 2015<br>Time: 9:00 a.m.<br>Courtroom; 5, Hon Jeffrey S. White |

Pursuant to the parties stipulation dated February 27, 2015, the Court hereby enters the following order:

1. Plaintiff's opposition to the motion to dismiss of defendants Colclough and LVNV Funding LLC, shall be due on April 17, 2015.

2. Defendants' reply brief on the motion to dismiss shall be due on April 24, 2015.

    The hearing on the motion is CONTINUED to May 22, 2015 at 9:00 a.m.
    The case management conference is CONTINUED to June 26, 2015 at 11:00 a.m.

Dated: __March 2__, 2015

_Jeffrey S. White_
HON. JEFFREY S. WHITE
United States District Court