IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. RUBIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LVNV FUNDING, LLC, ERICA L. BRACHFELD, THE BRACHFELD LAW GROUP, ROBERT J. COLCLOUGH III, and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 14-05395 JSW<br><br>**ORDER VACATING HEARING AND TAKING MOTIONS UNDER SUBMISSION** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss filed by Defendants Robert J. Colcough II and LVNV Funding, LLC which has been noticed for hearing on Friday, May 22, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers. In addition, the motion to dismiss filed by Defendant Erica Brachfeld which was not set for hearing shall also be taken under submission and decided on the papers. The case management conference, now set for June 26, 2015 at 11:00 a.m. is VACATED and shall be reset, if necessary, by further order of the Court.

**IT IS SO ORDERED.**

Dated: May 5, 2015

　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE