IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. RUBIO, | |
| Plaintiff, | No. C 14-05395 JSW |
| v. | |
| LVNV FUNDING, LLC, ERICA L. BRACHFELD, THE BRACHFELD LAW GROUP, ROBERT J. COLCLOUGH III, and DOES 1-10, inclusive, | **ORDER REQUIRING SUBMISSION OF COURT ORDER** |
| Defendants. | |

In a statement of decision dated May 26, 2015, Plaintiff notified this Court that the Riverside Superior Court granted his motion to set aside the default and default judgment in Case No. RIC 1300836. However, Plaintiff failed to attach a copy of the opinion. Accordingly, the Court ORDERS Plaintiff to submit the order published by the Riverside Superior Court by no later than June 15, 2015.

**IT IS SO ORDERED.**

Dated: June 9, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE