ALEXANDER B. TRUEBLOOD (Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 943-0298
Facsimile: (310) 943-2255

Attorneys for Plaintiff
RON J. RUBIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. RUBIO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LVNV FUNDING, LLC, ERICA L. BRACHFELD, THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, ROBERT J. COLCLOUGH III, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 4:14-CV-05395-JSW<br><br>**NOTICE OF FILING OF FINAL ORDER OF RIVERSIDE SUPERIOR COURT GRANTING MOTION TO SET ASIDE DEFAULT JUDGMENT** |

1 | In response to this Court's order dated June 9, 2015, plaintiff Ron J. Rubio
2 | hereby submits the Riverside Superior Court's signed June 12, 2015 order granting
3 | Mr. Rubio's motion to set aside default judgment. The order is attached hereto as
4 | Exhibit 1.

6 | Dated: June 17, 2015     Respectfully Submitted,

7 | TRUEBLOOD LAW FIRM

9 | By:   /s/
   |      Alexander B. Trueblood

   | Attorneys for Plaintiff
   | RON J. RUBIO

1