# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Ron J. Rubio

_____,
                Plaintiff(s),

          v.

LVNV Funding, LLC et al

_____,
                Defendant(s).
_____/

CASE NO.  4:14-CV-05395-JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☑ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☑ Private ADR (*please identify process and provider*) _____

Private mediation, through JAMS _____

The parties agree to hold the ADR session by:
- ☑ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☐ other requested deadline _____

Dated: 8/24/15

Dated: 8/24/15

Dated  8/24/15

CONTINUE TO FOLLOWING PAGE

     Alexander Trueblood /s/
     Attorney for Plaintiff

     Ben Mohandesi /s/
     Attorney for Defendant

     /s/
     Erica Brachfeld, in pro per

[PROPOSED] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated:   August 25, 2015

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

┌─────────────────────────────────────────────────────────────┐
│ When filing this document in ECF, please be sure to use the appropriate Docket │
│ Event, e.g., "Stipulation and Proposed Order Selecting Mediation." │
└─────────────────────────────────────────────────────────────┘

Rev. 12/11