IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. RUBIO,<br><br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC, ERICA L. BRACHFELD, THE BRACHFELD LAW GROUP, ROBERT J. COLCLOUGH III, and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____ / | No. C 14-05395 JSW<br><br>**ORDER DENYING INFORMAL REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE** |

In the parties' case management statement, they request that the Court permit them to appear before their initial case management by telephone. The parties have failed to submit a formal request. Regardless, by order dated January 26, 2015 (with date reset by order dated July 22, 2015), this Court set the case management conference and required personal appearance by counsel. The Court requires personal appearances at the initial case management conference absent a showing of good cause. Accordingly, the request is DENIED.

**IT IS SO ORDERED.**

Dated: August 26, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE