ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone:  (310) 443-4139
Facsimile:  (310) 943-2255

Attorneys for Plaintiff
RON J. RUBIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. RUBIO, | Case No:  4:14-CV-05395-JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE MOTION FOR ATTORNEYS FEES AND COSTS |
| vs. | |
| LVNV FUNDING, LLC, ERICA L. BRACHFELD, THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, ROBERT J. COLCLOUGH III, ABC LEGAL SERVICES, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  The court, having reviewed the parties' stipulation on this matter, orders as

2  follows:  the deadline for Plaintiff Ron J. Rubio to file a motion for attorneys fees

3  and costs, and any motion by defendants seeking apportionment amongst

4  themselves as to plaintiff's attorneys fees and costs, is extended until January 19,

5  2016.

6

7  Dated: December 17, 2015

8  _____
   Judge, United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1