ALEXANDER B. TRUEBLOOD (Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone:  (310) 943-0298
Facsimile: (310) 234-4023

Attorneys for Plaintiff
RON RUBIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON J. RUBIO,<br><br>                Plaintiff,<br><br>        vs.<br><br>LVNV FUNDING, LLC, ERICA L. BRACHFELD, THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, ROBERT J. COLCLOUGH III, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.:  4:14-CV-05395<br><br>**NOTICE OF SATISFACTION OF JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that the judgment entered in this action in favor of plaintiff Ron Rubio has now been satisfied in full.


Dated: June 30, 2016              Respectfully Submitted,

                               TRUEBLOOD LAW FIRM


By:        /s/
            Alexander B. Trueblood

Attorneys for Plaintiff
RON J. RUBIO

1